# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COREY DONOVAN; LINDA DONOVAN  :  No. 42 EM 2020
:
:
v.  :
:
:
STATE FARM MUTUAL AUTOMOBILE  :
INSURANCE COMPANY  :
:
:
PETITION OF:  UNITED STATES COURT  :
OF APPEALS FOR THE THIRD CIRCUIT  :

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of July, 2020, the Petition for Certification of Question of Law is GRANTED.  The Court shall consider the following issues:

1. Is a named insured's signing of the waiver form set out at 75 Pa.C.S. §1738(d) sufficient to waive inter-policy stacking of underinsured motorist benefits under Pennsylvania's Motor Vehicle Financial Responsibility Law, where the policy insures more than one vehicle at the time the form is signed?

2. If the answer to Question 1 is no, is a household vehicle exclusion contained in a policy in which the named insured did not validly waive inter-policy stacking enforceable to bar a claim made by a resident relative who is injured while occupying a vehicle owned by him and not insured under the policy under which the claim is made?

3.  If the answers to Questions 1 and 2 are no, is the coordination-of-benefits provision in the Automobile Policy nonetheless applicable, such that it limits . . . recovery of underinsured motorist benefits under the policy . . ., or does

the lack of a valid waiver of inter-policy stacking render that provision inapplicable?

The Prothonotary is DIRECTED to establish a briefing schedule and list this case for oral argument.